

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00317-CV

| | | |
|---|---|---|
| Ensign Group, Inc., Savoy Healthcare, Inc., and Xavier Pruitt, Individually | § § | From the 431st District Court of Denton County (14-04607-431) |
| v. | § | May 14, 2015 |
| Erica Mammen | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's order denying Ensign Group, Inc., Savoy Healthcare, Inc., and Xavier Pruitt's motion to compel arbitration is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellee Erica Mammen shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
    Justice Bill Meier